# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SYLVESTER LEE COLEMAN, Jr., | ) | No. CV 12-10773-JGB(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SENIOR DEPUTY LANNI, | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 11, 2014

_____
JESUS G. BERNAL
United States District Judge